IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ORANA ROSE PAULLUS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA and<br>STATE OF UTAH,<br><br>    Defendants. | ORDER ADOPTING REPORT AND<br>RECOMMENDATION<br><br><br>Case No. 2:25-cv-00871-JNP-DBP<br><br>Judge Jill N. Parrish |

Magistrate Judge Dustin B. Pead issued a Report and Recommendation (R&R), ECF No. 12, that the court dismiss this action for failure to prosecute. Judge Pead notified plaintiff Orana Paullus that a failure to file a timely objection to the R&R could waive any objections to it. No objection was filed within the allotted time.

Because Paullus did not object to the R&R, any argument that it was in error has been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). In determining whether the interests of justice require an exception to the waiver rule, the Tenth Circuit has "considered factors such as 'a *pro se* litigant's effort to comply, the force and plausibility of the explanation for his failure to comply, and the importance of the issues raised.'" *Duffield v. Jackson*, 545 F.3d 1234, 1238 (10th Cir. 2008). In this case, there is no indication that the interests of justice require the court to deviate from the waiver rule. Thus, the court finds that all objections are waived and adopts the R&R.

Thus, the court ORDERS as follows:

1.  The R&R, ECF No. 12, is ADOPTED IN FULL.

2.  The court DISMISSES this action WITHOUT PREJUDICE for failure to prosecute.


DATED May 7, 2026.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge